MEMORANDUM DECISIONS.                                          **1145**

PEOPLE ex rel. BROOKLYN CITY R. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Proceeding by the people of the state of New York, on the relation of the Brooklyn City Railroad Company, against the State Board of Tax Commissioners. No opinion. Order appealed from affirmed on the facts and reversed on the law, and assessment vacated, upon opinions in People ex rel. Metropolitan St. Ry. Co. v. State Board of Tax Com'rs (decided this term) 80 N. Y. Supp. 85. Form of order, if not agreed upon, to be settled by CHASE, J.

PEOPLE ex rel. BURNS, Appellant, v. PARTRIDGE, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Proceeding by the people of the state of New York, on the relation of Edward J. Burns, against John N. Partridge, as police commissioner of the city of New York, etc. No opinion. Reargument ordered for Friday, January 23, 1903.) See 78 N. Y. Supp. 249.

PEOPLE ex rel. CONEY ISLAND & B. R. CO., Appellant, v. PRIEST et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Proceeding by the people of the state of New York, on the relation of the Coney Island & Brooklyn Railroad Company against George E. Priest and others, constituting the State Tax Board. No opinion. Order appealed from affirmed on the facts and reversed on the law, and assessment vacated, upon opinions in People ex rel. Metropolitan St. Ry. Co. v. State Board of Tax Com'rs (decided this term) 80 N. Y. Supp. 85. Form of order, if not agreed upon, to be settled by CHASE, J.

PEOPLE ex rel. CONSOLIDATED GAS CO. OF NEW YORK, Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Proceeding by the people of the state of New York, on the relation of the Consolidated Gas Company of New York, against the State Board of Tax Commissioners. No opinion. Order appealed from affirmed on the facts and reversed on the law, and assessment vacated, upon opinions in People ex rel. Metropolitan St. Railway Co. v. State Board of Tax Com'rs (decided this term) 80 N. Y. Supp. 85. Form of order, if not agreed upon, to be settled by CHASE, J.

PEOPLE ex rel. DE BELPRAT, Respondent, v. COLE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Proceeding by the people of the state of New York, on the relation of Alma H. De Belprat, against William J. Cole and others, composing the school board of the borough of Richmond, and others. No opinion. Final order and order denying motion for new trial affirmed, with costs.

PEOPLE ex rel. HAUSER, Appellant, v. PARTRIDGE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Proceeding by the people of the state of New York, on the relation of George E. Hauser, against John N. Partridge, commissioner. F. E. Perham, for appellant. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with costs.

PEOPLE ex rel. KENEFICK, Appellant, v. FINN, Respondent. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Proceeding by the people of the state of New York, on the relation of Jeremiah Kenefick, against Daniel E. Finn. C. O. Maas, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LEACH v. WOODBURY. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Proceeding by the people of the state of New York, on the relation of Michael H. Leach, against John McG. Woodbury. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. McCABE et al. v. MATTHIES et al., Town Auditors. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Proceeding by the people of the state of New York, on the relation of William F. McCabe and John Duffy, against Charles A. Matthies, John J. Haley, and James D. Wright, as the board of town auditors of the town of White Plains. No opinion. Motion to dismiss appeal denied.

PEOPLE ex rel. NEW AMSTERDAM GAS CO., Appellant, v. PRIEST et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 23, 1903.) Proceeding by the people of the state of New York, on the relation of the New Amsterdam Gas Company, against George E. Priest, J. Edgar Leaycraft, and Lester F. Stearns, composing and constituting the State Board of Tax Commissioners of the State of New York. No opinion. Order appealed from affirmed on the facts and reversed on the law, and assessment vacated, upon opinions in People ex rel. Metropolitan St. Ry. Co. v. State Board of Tax Com'rs (decided this term) 80 N. Y. Supp. 85. Form of order, if not agreed upon, to be settled by CHASE, J.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. et al. v. BOARD OF RAILROAD COM'RS OF NEW YORK et al. (Supreme Court, Appellate Division, Third Department. January 14, 1903.) Proceeding by the people of the state of New York, on the relation of the New York Central & Hudson River Railroad Company and the Skaneateles Railroad Company, against the Board of Railroad Commissioners of the State of New York, and Ashley W. Cole and others, as Railroad Commissioners of the State of New York, and being the members of said board, and the Syracuse, Skaneateles &: Moravia Railroad Company. No opinion. Determination of the Railroad Commissioners unanimously confirmed, with $50 costs and disbursements against the relator to the respondent.